## HOWARD v. COMMONWEALTH.

Court of Appeals of Kentucky.

May 7, 1954.

J. Milton Luker, London, for appellant.

J. D. Buckman, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment of the Laurel Circuit Court convicting appellant of the offense of possessing a moonshine still in local option territory and fixing his punishment at 30 days in jail and a fine of $100.

An examination of the record discloses that appellant was not entitled to a directed verdict and the court properly submitted the case to the jury under appropriate instructions.

The motion is overruled, and the judgment is affirmed.